No. 1012, Misc. MURGIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 1018, Misc. APONTE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1020, Misc. WISNER *v.* MARYLAND. Baltimore City Court, Maryland. Certiorari denied.

No. 1028, Misc. LAWRENCE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1064, Misc. YOUNG *v.* KROPP, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 400, Misc. ROGERS *v.* UNITED STATES, *ante,* p. 916;

No. 817, Misc. WINHOVEN *v.* CALIFORNIA, 375 U. S. 994;

No. 839, Misc. HITCHCOCK *v.* EYMAN, WARDEN, ET AL., *ante,* p. 924;

No. 847, Misc. STELLO ET AL. *v.* STRAND ET AL., *ante,* p. 924; and

No. 875, Misc. TANSIMORE *v.* ANDERSON, *ante,* p. 903. Petitions for rehearing denied.

No. 519. SHERWIN *v.* UNITED STATES, 375 U. S. 964. Motion for leave to file petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.